FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNY DE LA O-CASILLAS,<br><br>Defendant. | No. 2:21-CR-0167-TOR-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>**(ECF No. 33)** |

On February 4, 2022, the Court held a hearing to consider Defendant's Motion to Modify Release Conditions. **ECF No. 33**. Defendant appeared with Assistant Federal Defender Christina Wong and was assisted by federally-certified interpreter Bjelava Ana Rump. Assistant U.S. Attorney Timothy J. Ohms represented the United States. U.S. Probation Officer Erik Carlson was also present telephonically.

Defendant seeks to modify the conditions of his pretrial release, ECF No. 30, to remove the requirement that he participate in a GPS confinement program and home detention. Defendant recites in his motion that U.S. Probation Officer Erik Carlson does not oppose this request.

The United States opposed Defendant's request.

///

///

ORDER - 1

The Court has considered Defendant's motion and finds circumstances do not appear to have changed since Defendant's conditions of release were imposed. Accordingly, the Defendant's Motion, **ECF No. 33,** is **DENIED.** Defendant shall abide by all previous conditions of release, ECF No. 30.

**IT IS SO ORDERED.**

DATED February 4, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2