# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**Feb 28, 2022**

*SEAN F. McAVOY, CLERK*

| | | | |
|---|---|---|---|
| U.S.A. vs. | De La O-Casillas, Giovanny | Docket No. | 0980 2:21CR00167-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Giovanny De La O-Casillas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 22nd day of November 2021, under the following conditions:

**Additional Condition #28:** GPS Monitoring: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Giovanny De La O-Casillas is alleged to have violated the conditions of pretrial release supervision by failing to respond to global positioning system (GPS) monitoring and removing the device from his person on February 25, 2022.

On November 23, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. De La O-Casillas. Mr. De La O-Casillas acknowledged an understanding of the release conditions, which included additional condition number 28.

On February 25, 2022, at approximately 4:19 p.m., the undersigned officer received a tracker proximity tamper and a tracker strap tamper alerts related to Mr. De La O-Casillas' GPS monitoring device. A tracker proximity tamper and tracker strap tamper alerts are indications the GPS monitoring device is no longer attached to a person's body. Attempts to contact Mr. De La O-Casillas by telephone, at his residence, and through family members were unsuccessful.

The undersigned officer spoke with Mr. De La O-Casillas' brother on February 25, 2022, and provided a general location where the GPS device may be located. Shortly thereafter, Mr. De La O-Casillas' brother contacted the undersigned officer again and advised the GPS device was located in an area near Mr. De La O-Casillas' residence.

Mr. De La O-Casillas removed his GPS device from his person and his current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: | February 28, 2022 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

PS-8

Re: De La O-Casillas, Giovanny
February 28, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

2/28/2022
_____
Date